**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA,**

      **Respondent-Plaintiff,**

      **v.**

**CARLOS JACKSON,**

      **Petitioner-Defendant.**

**Case No. 05-20018-01**

## MEMORANDUM & ORDER

This matter comes before the court upon petitioner Carlos Jackson's Motion for Leave to Appeal In Forma Pauperis (Doc. 213). Defendant is appealing this court's Memorandum and Order denying his Fed. R. Crim. P. 60(b) and 52(b) motions. The court denied petitioner's motions and denied him a certificate of appealability because it found his motions meritless. The court finds that petitioner's appeal is not taken in good faith and therefore denies him permission to proceed in forma pauperis. 28 U.S.C. § 1915(a)(3).

**IT IS THEREFORE ORDERED** that petitioner's Motion for Leave to Appeal In Forma Pauperis (Doc. 213) is denied.

Dated August 14, 2018, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA
United States District Judge**